United States District Court
Southern District of Texas

**ENTERED**

March 27, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JUANA GONZALEZ AYALA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01962 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Before the Court is Petitioner Juana Gonzalez Ayala's Emergency Motion to Enforce (ECF No. 10). On March 23, 2026, this Court ordered Respondents to provide Petitioner with a bond hearing before an IJ at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner presents a risk of flight or a danger to the community. Respondents were ordered to provide that hearing within five days or else release Petitioner. ECF No. 9.

On March 26, Petitioner had a hearing before an Immigration Judge (IJ) at which bond was denied. The stated reason for the bond denial was: "NO JURISDICTION-APPLICANT FOR ADMISSION." ECF No 10-1, Exh. 1. The Court takes this to mean that the IJ ruled that he lacked jurisdiction to consider or grant bond due to Petitioner's classification as an applicant for admission under § 1225(b)(2). This hearing did not constitute a hearing "at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner presents a risk of flight or a danger to the community." ECF No. 9. Per the Court's March 23 order, since Respondents have failed to provide the ordered hearing, release is the alternative remedy.

Therefore, the Court **GRANTS IN PART** the Motion to Enforce and **ORDERS** as follows:

1 / 2

1. Respondents are **ORDERED** to release Petitioner from custody within **48 hours**.

2. Respondents must release Petitioner in a public place within the Southern District of Texas and must notify her counsel of the time and place of her release **no less than three hours** prior to her release from custody.

3. If Respondents seek to re-detain Petitioner during the pendency of her removal proceedings, they must provide notice to Petitioner and a pre-detention hearing before an IJ at which the government demonstrates, by clear and convincing evidence, that she is a flight risk or a danger to the community.

4. The Court further **ORDERS** that Respondents file an advisory with the Court **on or before March 31, 2026**, informing the Court of the status of Petitioner's release.


**IT IS SO ORDERED.**

Signed at Houston, Texas on March 27, 2026.


Keith P. Ellison
United States District Judge